NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**U.S. RUBBER RECYCLING, INC.,**
*Plaintiff-Appellant,*

**v.**

**ECORE INTERNATIONAL, INC.,**
*Defendant-Appellee.*

---

2012-1166

---

Appeal from the United States District Court for the Central District of California in No. 09-CV-9516, Judge James S. Otero.

---

**JUDGMENT**

---

THOMAS A. VOGELE, Thomas Vogele & Associates, APC, of Costa Mesa, California, argued for plaintiff-appellant. With him on the brief was TIMOTHY M. KOWAL. Of counsel were YURI MIKULKA and DOUGLAS Q. HAHN, Stradling Yocca Carlson & Rauth, of Newport Beach, California.

ROBERT C. NISSEN, McKenna Long & Aldridge LLP, of Washington, DC, argued for defendant-appellee. With

him on the brief was JEFFREY D. WEXLER.  Of counsel was WILLIAM T. ENOS.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 8, 2013                      /s/ Jan Horbaly
Date                          Jan Horbaly
                              Clerk